**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LENNIS COROMOTO MOLINA CASTILLO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1265-KC** |
| **DEPARTMENT OF HOMELAND SECURITY,** | § § § § | |
| **Respondent.** | § § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the case. On May 13, 2026, the Court granted in part Lennis Coromoto Molina Castillo's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. May 13, 2026, Order 4, ECF No. 7.

Respondents have now informed the Court that on May 19, 2026, an IJ ordered Molina Castillo released on a $5,000.00 bond. Advisory, ECF No. 9; *see id.* Ex. A ("IJ Order"), ECF No. 9-1.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 3; May 13, 2026, Order. Accordingly, **<u>the Clerk shall close the case.</u>**

2

**SO ORDERED**.

**SIGNED this 20th day of May, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE